IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 09-po-00029-LTM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1. DAVID J. LYONS,

       Defendant.

---

### ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service requiring the United States Marshal to October 13, 2009, at 1:00 p.m. for proceedings and appearances upon the charges in the Information, and to hold him at all times in the United States Marshal's custody as an agent of the United States of America until final disposition of the defendant's case, and thereafter to return the defendant to the institution where he is now confined.

SO ORDERED this _8th_ day of _October_, 2009.

                                                    UNITED STATES MAGISTRATE JUDGE
                                                    UNITED STATES DISTRICT COURT
                                                    DISTRICT OF COLORADO